submitted February 24, 1914. Decided March 9, 1914. *Per Curiam.* Dismissed for want of jurisdiction. (1) *Consolidated Turnpike Company* v. *Norfolk & Ocean View Railroad Co.*, 228 U. S. 596, 600, and cases cited. (2) *Louisville & N. R. R. Co.* v. *Barber Asphalt Paving Company*, 197 U. S. 430, 434, and cases cited. *Mr. Milton Brown* for the plaintiff in error. *Mr. D. C. Westenhaver* for the defendants in error.

---

No. 243. W. SCHNEIDER WHOLESALE WINE & LIQUOR COMPANY, APPELLANT, *v.* AUGUST DIEDERICH. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Argued March 12, 1914. Decided March 16, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Street & Smith* v. *Atlas Mfg. Co.*, decided this term, 231 U. S. 348. *Mr. James Love Hopkins* and *Mr. Alphonso Howe* for the appellant. *Mr. James A. Carr* for the appellee.

---

No. 262. THOMAS MAY, JR., ET AL., PLAINTIFFS IN ERROR, *v.* THE PEOPLE OF THE STATE OF ILLINOIS FOR THE USE OF EDWARD GOBIN, ETC. In error to the Supreme Court of the State of Illinois. Argued March 10, 1914. Decided March 16, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Rogers* v. *Clark Iron Co.*, 217 U. S. 589; *Preston* v. *Chicago*, 226 U. S. 447, 450. *Mr. Fred B. Merrills* for the plaintiffs in error. *Mr. Charles H. Burton* and *Mr. James M. Graham* for the defendant in error.

---

No. 341. MRS. CARMELITE PONS, WIFE OF GEORGE A. LOUQUE, PLAINTIFF IN ERROR, *v.* YAZOO & MISSISSIPPI VALLEY RAILROAD COMPANY ET AL. In error to the